## EGG SAFETY CARTON CORPORATION v. COMMISSIONER OF INTERNAL REVENUE.

### No. 6384.

Circuit Court of Appeals, Seventh Circuit.

Sept. 11, 1937.

Benjamin H. Saunders, C. F. Rothenburg, and John Enrietto, all of Washington, D. C., for petitioner.

James W. Morris, of Washington, D. C., for respondent.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court and that the petition for a review of the decision of the United States Board of Tax Appeals, entered on September 19, 1937, be, and the same is hereby, dismissed.

## Victor J. EVANS, Appellant, v. F. G. ZERBST, Warden, United States Penitentiary, Atlanta, Georgia.

### No. 8591.

Circuit Court of Appeals, Fifth Circuit.

Oct. 12, 1937.

Victor J. Evans, in pro. per.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tysinger and E. T. Nichols, all of Atlanta, Ga., for appellee.

Before FOSTER, SIBLEY, and HOLMES, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

## FEDERAL TRADE COMMISSION v. BRECHT CANDY COMPANY.

### No. 1612.

Circuit Court of Appeals, Tenth Circuit.

Oct. 21, 1937.

W. T. Kelley, Chief Counsel, Federal Trade Commission, Martin A. Morrison, Asst. Chief Counsel, Henry C. Lank and James W. Nichol, Sp. Atty., all of Washington, D. C., for petitioner.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Decree affirming order of Federal Trade Commission.

## FEDERAL TRADE COMMISSION v. COSNER CANDY COMPANY.

### No. 1611.

Circuit Court of Appeals, Tenth Circuit.

Oct. 23, 1937.

W. T. Kelley, Chief Counsel, Federal Trade Commission, of Washington, D. C., for petitioner.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Decree affirming order of Federal Trade Commission.

## FEDERAL TRADE COMMISSION, Petitioner, v. LEADER NOVELTY CANDY COMPANY, Inc., Respondent.

### No. 29.

Circuit Court of Appeals, Second Circuit.

Oct. 7, 1937.

Martin A. Morrison, of Washington, D. C., for petitioner.

Victor W. Milch, of New York City, for respondent.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Petition granted in open court.

---

**FEDERAL TRADE COMMISSION v. SAVAGE CANDY COMPANY.**

No. 1613.

Circuit Court of Appeals, Tenth Circuit.

Oct. 23, 1937.

W. T. Kelley, Chief Counsel, Federal Trade Commission, of Washington, D. C., for petitioner.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Decree affirming order of Federal Trade Commission.

---

**George E. FISHER, Executor, Estate of George H. Fisher, Deceased, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 7237.

Circuit Court of Appeals, Sixth Circuit.

Nov. 8, 1937.

Raymond H. Berry, Ralph W. Barbier, and Arthur L. Evely, all of Detroit, Mich., for petitioner.

Frank J. Wideman, Robert H. Jackson, Sewall Key, J. P. Wenchel, and Chester A. Gwinn, all of Washington, D. C., for respondent.

Before MOORMAN, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the petition for review in this cause be, and the same is, dismissed, pursuant to stipulation of counsel.

Appeal dismissed.

---

**FLORAL CITY TRUCKING COMPANY v. Norman COHEN, Administrator of the Estate of Nedra Gerald, Also Known as Nedra Stephens, Deceased.**

No. 7830.

Circuit Court of Appeals, Sixth Circuit.

Oct. 8, 1937.

Knight & Panzer, of Detroit, Mich., for appellant.

Lewis J. Weitzman and Gabriel N. Alexander, both of Detroit, Mich., for appellee.

Before HICKS, SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel, accompanied by certificate of the clerk of the District Court as required by rule 18, it is ordered that the appeal herein be, and the same is, docketed and dismissed, without costs to either party.

Appeal docketed and dismissed.

---

**In the Matter of FORT SHELBY HOTEL COMPANY, a Michigan Corporation, Debtor.**

**Burt D. CADY et al. v. FORT SHELBY HOTEL CO. et al.**

No. 7802.

Circuit Court of Appeals, Sixth Circuit.

Oct. 15, 1937.

O'Hara & O'Hara, of Detroit, Mich., for appellants.

Frank A. Picard, of Saginaw, Mich., and Freud, Markus & Stuts, Herman A. August, and Fred R. Walker, all of Detroit, Mich., for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.